UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff<br><br>vs.<br><br>PNS Stores Inc,<br><br>    Defendant. | CASE NO.: 2:13-cv-01805-SVW-PJW<br><br>ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT<br><br>JS - 6 |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE